# Rex Securities Law BLOG

## Tag Archives: Dennis M. Farrah

TCM SECURITIES (FORMERLY TAYLOR CAPITAL MANAGEMENT)

# DENNIS FARRAH & MARK RAEZER-FORMER TCM SECURITIES BROKERS-SANCTIONED OVER MADYSON CAPITAL REIT-AURORA, CO

MAY 24, 2018 | REX SECURITIES LAW

**October 2020 -Aurora, Colorado**

The FINRA records of **Dennis M. Farrah ,** a former stockbroker who was barred from the securities industry and who last was employed by **Taylor Capital Management (now known as TCM Securities)** disclose 3 prior regulatory events, 3 prior customer disputes , 3 pending customer disputes and a termination from employment.

The FINRA records of **Mark G. Raezer ,** another stockbroker from the Aurora office of **Taylor Capital Management (now known as TCM Securities)** disclose a recent regulatory event , 2 pending customer disputes and a termination from employment.

The Financial Industry Regulatory Authority (FINRA) is the agency that licenses and regulates stockbrokers and brokerage firms. FINRA requires brokers and brokerage firms to report customer complaints and disputes as well as regulatory sanctions. In addition brokers are required to disclose certain financial matters such as personal bankruptcies, judgments and liens.

**Dennis Farrah**

In 3/2020 the United States Securities and Exchange Commission permanently barred **Farrah** from associating with any licensed broker-dealer or investment advisor doing business in Colorado to resolve

allegations that he solicited and facilitated the sale of securities of a purported real estate investment company without the knowledge or written approval of his employer. *SEC Case # 3-19725.*

In June 2018 FINRA permanently barred **Farrah** from the securities industry for refusing to produce documentation and information requested in connection with a FINRA investigation of allegations that **Farrah** sold securities away from **Taylor Capital Management** without the knowledge of the firm.

In 1/2018, Colorado securities regulators permanently barred **Farrah** from the securities industry to resolve allegations that he sold **Madyson Capital Management**, a real estate development company, without the knowledge of written approval of **TCM Securities**, his employer at the time.

There are currently 3 pending FINRA arbitrations by customers of **TCM** seeking total damages of about $3.5 million, alleging misrepresentation by **Farrah** related to the sale of **Madyson REIT** shares.

Prior to his employment with **TCM Securities**, **Farrah** was registered with **Sicor Securities**, a broker dealer that was expelled by FINRA in 1/2014.

Farrah was employed by **TCM Securities** from 10/2013 until 12/2017 when he resigned just prior to the imposition of sanctions by the Colorado Division of Securities. **Farrah** operated **Senior Planning Services** in Aurora, CO.

## Mark Raezer

In 1/2018, Colorado securities regulators suspended **Raezer** from the securities industry for 60 days to resolve allegations that he sold **Madyson Capital REIT** , without the knowledge of written approval of **TCM Securities**, his employer at the time.

In 6/2019 FINRA suspended Raezer for 10 months and fined him $15,000 to resolve allegations that he participated in private securities transactions without the approval of his firm.

In pending FINRA Case 18-0617, a customer of T**CM Securities** seeks damages of $426,052 and alleges that in 2017 **Raezer** sold **Madyson Capital Management LLC** partnership units and misrepresented that the units were low risk, guaranteed safe and profitable.

In pending FINRA Case 18-2588 customers of TCM Securities alleges that they suffered losses of over $91,000 as a result of Raezer's recommendation that they invest in Madyson Capital Management securities.

**Raezer** was employed by **TCM Securities** from 2/2015-1/2018 when he was 'permitted to resign' after **TCM Securities** was advised by the **Colorado Division of Securities** that the regulator was prepared to

file charges against **Raezer** for selling the **Madyson Capital REIT** units to firm clients. **Raezer** discloses an affiliation with **Senior Planning Services**.

Investors who have suffered losses in an account handled by **Dennis Farrah or Mark Raezer** may be able to recover damages through FINRA arbitration.Call for a no charge consultation with an experienced securities attorney.

Rex Securities Law , with offices in **Boca Raton, FL**, and **Austin, TX,** provides representation to investors nationwide who are seeking recovery of investment losses due to the negligence or fraud of stockbrokers and broker dealers. If you have questions about how your account has been handled, call to speak with an experienced securities attorney.

Most cases handled on a contingent fee basis meaning that you do not pay legal fees unless we are successful.

**Nationwide Representation**

Rex Securities Law

**TollFree: 877-224-3199**

**Florida-561 391 1900**

**Texas-512-329-2870**

◄ AVIOD INVESTMENT SCAMS  ◄ DENNIS M. FARRAH  ◄ FINRA ARBITRATION ATTORNEY  ◄ JOSEPH DAVID RYAN
◄ MADYSON CAPITAL MANAGEMENT  ◄ MADYSON INVESTMENTS  ◄ MADYSON REIT  ◄ MARK RAEZER
◄ RECOVER INVESTMENT LOSSES  ◄ SENIOR PLANNING SERVICES  ◄ SICOR SECURITIES  ◄ STOCKBROKER MALPRACTICE
◄ STOCKBROKER NEGLIGENCE  ◄ TAYLOR CAPITAL MANAGEMENT COMPLAINT  ◄ TAYLOR CAPITAL MANAGEMENT PROBLEM
◄ TCM SECURITIES  ◄ TCM SECURITIES COMPLAINT  ◄ TCM SECURITIES PROBLEM  ◄ TEXAS SECURITIES ATTORNEY
◄ TEXAS SECURITIES FRAUD LAWYER

This site is protected by wp-copyrightpro.com