IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number: 1:20-cv-03309

**DENNIS FARRAH**,

    Plaintiff,

v.

**LAW OFFICES OF DICKENSON MURPHY REX & SLOAN**;
**DICKENSON REX AND SLOAN, P.A.**;
**LAW OFFICE OF ROBERT H. REX, P.C.**; and,
**ROBERT H. REX**,

    Defendants.

___

### NOTICE OF VOLUNTARY DISMISSAL
___

Please take notice that Plaintiff, Dennis Farrah, pursuant to Fed. R. Civ. P. 41, voluntarily dismisses this action.

RESPECTFULLY submitted this 2nd day of February 2021.

                PAUL GORDON PLLC

                */s/ Paul Gordon*
                Paul Gordon
                Post Office Box 460395
                Denver, Colorado  80246
                Telephone: (720) 505-0536
                Email: paul@gordon-mediation.com
                *Attorney for Plaintiff*